No. 11–1067. ODYSSEY MARINE EXPLORATION, INC. *v.* UN-IDENTIFIED SHIPWRECKED VESSEL ET AL.;

No. 11–1068. REPUBLIC OF PERU *v.* UNIDENTIFIED SHIP-WRECKED VESSEL ET AL.; and

No. 11–1070. DE ALIAGA ET AL. *v.* KINGDOM OF SPAIN. C. A. 11th Cir. Motion of Professional Marine Explorers Society, Inc., et al. for leave to file a brief as *amici curiae* out of time denied. Certiorari denied. Reported below: 657 F. 3d 1159.

No. 11–1077. NICHOLAS & ASSOCIATES, INC., ET AL. *v.* CEN-TRAL LABORERS' PENSION FUND ET AL. App. Ct. Ill., 2d Dist. Motion of Builders Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 11–1125. FLINT *v.* WHALIN, MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KEN-TUCKY. C. A. 6th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 11–8619. AL-MONLA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE KAGAN took no part in the consider-ation or decision of this petition. 

No. 11–9804. VINSON *v.* UNITED STATES. C. A. 4th Cir. Cer-tiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 